IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLISON NIEMOTKA,

    Plaintiff,

  v.                                    Case No.  21-cv-242-bbc

JUDGE NIA TRAMMELL, KATHERINE
HARRELL, and CLARE ALSCHULER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 4/26/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |